1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RICHARD J. ZALAC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:12-cv-01474 |
| | ) | |
| v. | ) | |
| | ) | |
| CTX MORTGAGE CORPORATION, a Delaware Corporation; THE FEDERAL NATIONAL MORTGAGE ASSOCIATION, a United States Government Sponsored Enterprise, JPMORGAN CHASE, a National Association, d/b/a CHASE HOME FINANCE, LLC., NORTHWEST TRUSTEE SERVICES, INC,. a Washington Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE DEFENDANTS 1-10, | ) ) ) ) ) ) ) ) ) ) ) | CERTIFICATE OF FILING NOTICE OF REMOVAL IN SUPERIOR COURT |
| Defendants. | ) | |

I hereby certify that I am counsel for Defendants JPMorgan Chase Bank, N.A.[1] (improperly captioned as "JPMorgan Chase, a National Association d/b/a Chase Home Finance, LLC"), Mortgage Electronic Registration System, Inc. and Federal National Mortgage Association.  On August 29, 2012, I filed with the King County Superior Court, the court from which this action was removed, a copy of the Notice of Filing of Notice of Removal, with the Notice of Removal attached as <u>Exhibit A</u>.

---

[1] JPMorgan Chase Bank, N.S. is not the 'does business name' of Chase Home Finance, LLC. However, it is the successor by merger to Chase Home Finance, LLC, which no longer exists.

CERTIFICATE OF FILING
IN SUPERIOR COURT — 1
DWT 20147828v2 0036234-000176

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1     DATED this 29th day of August, 2012.

2                                       Davis Wright Tremaine LLP
Attorneys for Defendants JPMorgan Chase,
Mortgage Electric Registration Systems, Inc.,
and the Federal National Mortgage
Association

By */s/ William Rasmussen*
   */s/ Matthew Sullivan*
   William Rasmussen, WSBA #20029
   Matthew Sullivan, WSBA # 40873
   Suite 2200, 1201 Third Avenue
   Seattle, Washington  98101-3045
   Tel: (206) 757-8257
   Fax: (206) 757-7257
   E-mail: billrasmussen@dwt.com
   E-mail: matthewsullivan@dwt.com

CERTIFICATE OF FILING
IN SUPERIOR COURT — 2
DWT 20147828v2 0036234-000176

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the document to which this certificate is attached to be delivered to the following as indicated:

| | | |
|---|---|---|
| Mr. Richard l. Jones | (   ) | By U. S. Mail |
| Kovac & Jones PLLC | ( x ) | By E-Mail |
| 2050 – 112th Avenue NE, Suite 230 | (   ) | By Facsimile |
| Bellevue, WA 98004 | ( x ) | By Messenger |
| | | |
| Ms. Heidi E. Buck | (   ) | By U. S. Mail |
| Routh Crabtree Olsen, P.S. | ( x ) | By E-Mail |
| 13555 SE 36th Ave NE, Suite 230 | (   ) | By Facsimile |
| Bellevue, WA 98004 | ( x ) | By Messenger |
| | | |
| Mr. Tim J. Filer | (   ) | By U. S. Mail |
| Mr. Neil A. Dial | ( x ) | By E-Mail |
| Foster Pepper PLLC | (   ) | By Facsimile |
| 1111 Third Avenue, Suite 3400 | ( x ) | By Messenger |
| Seattle, WA 98004 | | |

Declared under penalty of perjury under the laws of the state of Washington dated at Seattle, Washington this 29th day of August, 2012.

*/s/ Rochelle J. Kraft*
Rochelle J. Kraft

CERTIFICATE OF FILING
IN SUPERIOR COURT — 3
DWT 20147828v2 0036234-000176

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700