UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD J. ZALAC,<br><br>              Plaintiff,<br><br>    v.<br><br>CTX MORTGAGE CORPORATION, a Delaware Corporation; THE FEDERAL NATIONAL MORTGAGE ASSOCIATION, a United States Government Sponsored Enterprise, JPMORGAN CHASE, a National Association, d/b/a CHASE HOME FINANCE, LLC., NORTHWEST TRUSTEE SERVICES, INC,. a Washington Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE DEFENDANTS 1-10,<br><br>              Defendants. | No. 2:12-cv-01474<br><br>CORPORATE DISCLOSURE STATEMENT OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. |

      Pursuant to Fed. R. Civ. P. 7.1(a), Defendant Mortgage Electronic Registration Systems, Inc. ("MERS") makes the following disclosures:

      MERS is a wholly owned subsidiary of MERSCORP, Inc., a private Delaware corporation.

CORPORATE DISCLOSURE
STATEMENT— 1

DWT 20238210v2 0036234-000176

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

DATED this 29th day of August, 2012.

    Davis Wright Tremaine LLP
Attorneys for Defendants JPMorgan Chase, Mortgage Electric Registration Systems, Inc., and the Federal National Mortgage Association

By */s/ William K. Rasmussen*
   */s/ Matt Sullivan*
William Rasmussen, WSBA #20029
Matt Sullivan, WSBA #40873
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 757-8125
Fax: (206) 757-7125
Email: billrasmussen@dwt.com
E-mail: matthewsullivan@dwt.com

CORPORATE DISCLOSURE
STATEMENT— 2

DWT 20238210v2 0036234-000176

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that on this day I caused a copy of the foregoing Corporate Disclosure Statement to be served upon the following:

| | | |
|---|---|---|
| Mr. Richard l. Jones | ( ) | By U. S. Mail |
| Kovac & Jones PLLC | ( x ) | By E-Mail |
| 2050 – 112th Avenue NE, Suite 230 | ( ) | By Facsimile |
| Bellevue, WA 98004 | ( x ) | By Messenger |
| | | |
| Ms. Heidi E. Buck | ( ) | By U. S. Mail |
| Routh Crabtree Olsen, P.S. | ( x ) | By E-Mail |
| 13555 SE 36th Ave NE, Ste 230 | ( ) | By Facsimile |
| Bellevue, WA 98004 | ( x ) | By Messenger |
| | | |
| Mr. Tim J. Filer | ( ) | By U. S. Mail |
| Mr. Neil A. Dial | ( x ) | By E-Mail |
| Foster Pepper PLLC | ( ) | By Facsimile |
| 1111 Third Avenue, Suite 3400 | ( x ) | By Messenger |
| Seattle, WA 98004 | | |

Declared under penalty of perjury under the laws of the state of Washington dated at Seattle, Washington this 29th day of August, 2012.

*/s/ Rochelle J. Kraft*
Rochelle J. Kraft

CORPORATE DISCLOSURE STATEMENT— 3
DWT 20238210v2 0036234-000176

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700