1
2
3
4
5
6

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| RICHARD J. ZALAC,            ) | |
| ) | No. 2:12-cv-01474 |
| Plaintiff,     ) | |
| ) | |
| v.                           ) | CORPORATE DISCLOSURE |
| ) | STATEMENT OF JP MORGAN |
| CTX MORTGAGE CORPORATION, a  ) | CHASE BANK, N.A. |
| Delaware Corporation; THE FEDERAL ) | |
| NATIONAL MORTGAGE ASSOCIATION, a ) | |
| United States Government Sponsored Enterprise, ) | |
| JPMORGAN CHASE, a National Association, ) | |
| d/b/a CHASE HOME FINANCE, LLC., ) | |
| NORTHWEST TRUSTEE SERVICES, INC,. a ) | |
| Washington Corporation, MORTGAGE ) | |
| ELECTRONIC REGISTRATION SYSTEMS, ) | |
| INC., a Delaware Corporation, and DOE ) | |
| DEFENDANTS 1-10,             ) | |
| ) | |
| Defendants.    ) | |

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant JPMorgan Chase Bank, N.A.[1]

(improperly captioned as "JPMorgan Chase, a National Association d/b/a Chase Home

Finance, LLC") makes the following disclosures:

JP Morgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co.

JPMorgan Chase & Co. is a publicly held corporation, and no publicly held corporation owns

more than ten percent of its stock.

---

[1] JPMorgan Chase Bank, N.S. is not the 'does business name' of Chase Home Finance, LLC. However, it is the successor by merger to Chase Home Finance, LLC, which no longer exists.

CORPORATE DISCLOSURE
STATEMENT— 1

DWT 20147608v1 0036234-000176

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1     DATED this 29th day of August, 2012.

                                    Davis Wright Tremaine LLP
                                    Attorneys for Defendants JPMorgan Chase, Mortgage Electric Registration Systems, Inc., and the Federal National Mortgage Association

                                    By */s/ William Rasmussen*
                                       */s/ Matthew Sullivan*
                                        William Rasmussen, WSBA #20029
                                        Matthew Sullivan, WSBA # 40873
                                        Suite 2200, 1201 Third Avenue
                                        Seattle, Washington  98101-3045
                                        Tel: (206) 757-8257
                                        Fax: (206) 757-7257
                                        E-mail: billrasmussen@dwt.com
                                        E-mail: matthewsullivan@dwt.com

CORPORATE DISCLOSURE
STATEMENT— 2

DWT 20147608v1 0036234-000176

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that on this day I caused a copy of the foregoing Corporate Disclosure Statement to be served upon the following:

| | | |
|---|---|---|
| Mr. Richard l. Jones | ( ) | By U. S. Mail |
| Kovac & Jones PLLC | ( x ) | By E-Mail |
| 2050 – 112th Avenue NE, Suite 230 | ( ) | By Facsimile |
| Bellevue, WA 98004 | ( x ) | By Messenger |
| | | |
| Ms. Heidi E. Buck | ( ) | By U. S. Mail |
| Routh Crabtree Olsen, P.S. | ( x ) | By E-Mail |
| 13555 SE 36th Ave NE, Ste 230 | ( ) | By Facsimile |
| Bellevue, WA 98004 | ( x ) | By Messenger |
| | | |
| Mr. Tim J. Filer | ( ) | By U. S. Mail |
| Mr. Neil A. Dial | ( x ) | By E-Mail |
| Foster Pepper PLLC | ( ) | By Facsimile |
| 1111 Third Avenue, Suite 3400 | ( x ) | By Messenger |
| Seattle, WA 98004 | | |

Declared under penalty of perjury under the laws of the state of Washington dated at Seattle, Washington this 29th day of August, 2012.

*/s/ Rochelle J. Kraft*
Rochelle J. Kraft

CORPORATE DISCLOSURE
STATEMENT— 3
DWT 20147608v1 0036234-000176

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700