The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| RICHARD J. ZALAC,<br><br>                           Plaintiff,<br><br>    v.<br><br>CTX MORTGAGE CORPORATION, a Delaware corporation; THE FEDERAL NATIONAL MORTGAGE ASSOCIATION, a United States Government Sponsored Enterprise; JPMORGAN CHASE, a National Association, d/b/a CHASE HOME FINANCE, LLC; NORTHWEST TRUSTEE SERVICES, INC., a Washington corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; and DOE DEFENDANTS 1-10,<br><br>                          Defendants. | No. 12-01474-MJP<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Northwest Trustee Services, Inc. hereby declares:

Defendant Northwest Trustee Services, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

//

///

---

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NORTHWEST TRUSTEE SERVICES, INC. – PAGE 1 OF 4
CASE NO.  2:12-cv-01474-MJP

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1  A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 4th day of September, 2012.

**ROUTH CRABTREE OLSEN, P.S.**

By: /s/ Heidi E. Buck
Heidi E. Buck, WSBA #41769
Of Attorneys for Defendant Northwest Trustee Services, Inc.

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT NORTHWEST TRUSTEE
SERVICES, INC. – PAGE 2 OF 4
CASE NO.  2:12-cv-01474-MJP

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

**Declaration of Service**

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2. That on September 4, 2012, I caused a copy of the **Corporate Disclosure Statement of Defendant Northwest Trustee Services, Inc.** to be served to the following in the manner noted below:

| | |
|---|---|
| Richard Llewelyn Jones<br>Kovac & Jones, PLLC<br>2050 112th Ave. NE, Suite 230<br>Bellevue, WA  98004<br><br>Attorneys for Plaintiff Richard J. Zalac | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile<br>[**X**]  ECF Electronic Notice |
| William Rasmussen<br>Matt Sullivan<br>Davis Wright Tremaine, LLP<br>1201 Third Ave., Suite 2200<br>Seattle, WA  98101-3045<br><br>Attorneys for Defendants JPMorgan Chase, Mortgage Electronic Registration Systems, Inc., and Federal National Mortgage Corporation | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile<br>[**X**]  ECF Electronic Notice |
| Neil A. Dial<br>Tim J. Filer<br>Foster Pepper, PLLC<br>1111 Third Ave., Suite 3400<br>Seattle, WA  98101-3299<br><br>Attorneys for Defendant CTX Mortgage Corporation | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile<br>[**X**]  ECF Electronic Notice |

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NORTHWEST TRUSTEE SERVICES, INC. – PAGE 3 OF 4
CASE NO.  2:12-cv-01474-MJP

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1  I declare under penalty of perjury under the laws of the state of Washington that the foregoing is

2  true and correct.

3  Signed this 4th day of September, 2012.

4

5                                                                  /s/  Kristine Stephan
                                                                Kristine Stephan, Paralegal
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT NORTHWEST TRUSTEE
SERVICES, INC. – PAGE 4 OF 4
CASE NO.  2:12-cv-01474-MJP

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131