Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD J. ZALAC,<br><br>            Plaintiff,<br><br>      v.<br><br>CTX MORTGAGE CORPORATION, a Delaware Corporation; THE FEDERAL NATIONAL MORTGAGE ASSOCIATION, a United States Government Sponsored Enterprise; JPMORGAN CHASE, a National Association, d/b/a CHASE HOME FINANCE, LLC., NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE DEFENDANTS 1-10, Defendants,<br><br>            Defendants. | No. 2:12-cv-01474<br><br>ORDER GRANTING DEFENDANT CTX MORTGAGE COMPANY, LLC'S MOTION TO DISMISS<br><br>[PROPOSED] |

This matter came on regularly before the Court on Defendant CTX Mortgage Company, LLC's Motion to Dismiss. The Court has considered all of the records and files herein relating to the motion, and being otherwise fully advised; NOW, THEREFORE:

IT IS ORDERED, ADJUDGED AND DECREED that CTX Mortgage Company, LLC's Motion to Dismiss is hereby **GRANTED**. All claims and causes of action that Plaintiff alleged

ORDER GRANTING DEFENDANT CTX MORTGAGE COMPANY, LLC'S MOTION TO DISMISS - 1
Case No. 2:12-cv-01474

51246407.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

| | |
|---|---|
| 1 | in the First Amended Complaint against CTX Mortgage Company, LLC are dismissed with |
| 2 | prejudice, and without leave to amend. |

      Dated this ___ day of _____, 2012.

                                                _____
                                                The Honorable Marsha Pechman

**Presented by:**

FOSTER PEPPER PLLC

*/s/Neil A. Dial*
Tim J. Filer, WSBA #16285
Neil A. Dial, WSBA #29599
1111 Third Ave., Ste. 3400
Seattle, WA  98101
Phone: 206-447-4400
Fax: 206-447-9700
filet@foster.com
dialn@foster.com
Counsel for Defendant
CTX Mortgage Company, LLC

ORDER GRANTING DEFENDANT CTX MORTGAGE COMPANY, LLC'S MOTION TO DISMISS - 2
Case No. 2:12-cv-01474

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON  98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51246407.1