# EXHIBIT A

## MILESTONES for 1000159-0220628056-0



| Description | Date | Initiating Organization / User | Milestone Information |
|---|---|---|---|
| Deactivate-Assigned from MERS for Default or Bankruptcy | 03/08/2012 | 1000150  JP Morgan Chase Bank NA<br><br>Batch | MIN Status: Deactivation-Assigned from MERS for Default or Bankruptcy |
| MIN Information Update | 05/06/2011 | 1000150  JP Morgan Chase Bank NA<br><br>Batch | MIN Status: Active (Registered)<br>New Subservicer: None<br>Old Subservicer: 1000277 JPMorgan Chase Bank, National Association (fka Chase) |
| Transfer Seasoned Servicing Rights | 11/17/2006 | 1000157  Bank of America, N.A.<br><br>Monavar Shirali | MIN Status: Active (Registered)<br>New Servicer: 1000150 JP Morgan Chase Bank NA<br>Old Servicer: 1000157 Bank of America, N.A.<br>New Subservicer: 1000277 JPMorgan Chase Bank, National Association (fka Chase)<br>Old Subservicer: None<br>Batch Number: 3996609<br>Sale Date: 11/16/2006<br>Transfer Date: 11/16/2006 |
| Transfer Beneficial Rights - Option 1 | 02/14/2006 | 1000130  Fannie Mae<br><br>Batch User ID | MIN Status: Active (Registered)<br>New Investor: 1000130 Fannie Mae<br>Old Investor: 1000157 Bank of America, N.A.<br>Batch Number: 3143339<br>Transfer Date: 02/10/2006 |
| Transfer of Flow TOS/TOB Servicing Rights | 08/12/2005 | 1000159  CTX Mortgage Company<br><br>Batch | MIN Status: Active (Registered)<br>New Investor: 1000157 Bank of America, N.A.<br>Old Investor: 1000159 CTX Mortgage Company<br>Batch Number: 2591991<br>Transfer Date: 08/11/2005 |
| Transfer of Flow TOS/TOB Servicing Rights | 08/12/2005 | 1000159  CTX Mortgage Company<br><br>Batch | MIN Status: Active (Registered)<br>New Servicer: 1000157 Bank of America, N.A.<br>Old Servicer: 1000159 CTX Mortgage Company<br>Batch Number: 2591991<br>Sale Date: 08/11/2005<br>Transfer Date: 08/11/2005 |
| Registration | 06/17/2005 | 1000159  CTX Mortgage Company<br><br>Batch | MIN Status: Active (Registered)<br>Servicer: 1000159 CTX Mortgage Company |