Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD J. ZALAC,<br><br>                          Plaintiff,<br><br>    v.<br><br>CTX MORTGAGE CORPORATION, a Delaware Corporation; THE FEDERAL NATIONAL MORTGAGE ASSOCIATION, a United States Government Sponsored Enterprise; JPMORGAN CHASE, a National Association, d/b/a CHASE HOME FINANCE, LLC., NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE DEFENDANTS 1-10, Defendants,<br><br>                          Defendants. | No. 2:12-cv-01474<br><br>CORPORATE DISCLOSURE STATEMENT OF CTX MORTGAGE CORPORATION |

CORPORATE DISCLOSURE STATEMENT OF CTX MORTGAGE CORPORATION - 1
Case No. 2:12-cv-01474

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51243251.1

1   Pursuant to Fed. R. Civ. P. 7.1, CTX Mortgage Company, LLC, a Delaware limited
2   liability company, states that it is owned 100% by Centex Mortgage, Title and Insurance Group,
3   LLC, a Delaware limited liability company, which is owned 100% by Centex Financial Services,
4   LLC, a Nevada limited liability company, which is owned 100% by Centex Homes, a Nevada
5   corporation, which is owned 100% by Nomas Corp., a Nevada corporation, which is owned by
6   Centex International II, LLC, a Nevada limited liability company, which is owned 100% by
7   Centex Corporation, a Nevada corporation, which is 100% owned by PulteGroup, Inc., a
8   publically traded Michigan corporation.

9   Dated this 9th day of October, 2012.

FOSTER PEPPER PLLC

/s/ Neil A. Dial
Tim J. Filer, WSBA #16285
Neil A. Dial, WSBA #29599
1111 Third Ave., Ste. 3400
Seattle, WA  98101
Phone: 206-447-4400
Fax: 206-447-9700
filet@foster.com
dialn@foster.com
Counsel for Defendant
CTX Mortgage Company, LLC

---

CORPORATE DISCLOSURE STATEMENT OF CTX MORTGAGE
CORPORATION - 2
Case No. 2:12-cv-01474

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51243251.1

# CERTIFICATE OF SERVICE

I, Neil A. Dial, state that I am a citizen of the United States of America and a resident of the State of Washington, I am over the age of twenty one years, I am not a party to this action, and I am competent to be a witness herein. I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System who will send notification of such filing to the following parties who have appeared in this action as of today's date:

Richard Llewelyn Jones - rlj@richardjoneslaw.com
William Rasmussen - billrasmussen@dwt.com
Matt Sullivan - matthewsullivan@dwt.com
Heidi E. Buck - hbuck@rcolegal.com

I DECLARE under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 9th day of October, 2012 at Seattle, Washington.

/s/ Neil A. Dial
Tim J. Filer, WSBA No. 16285
Neil A. Dial, WSBA #29599
Foster Pepper PLLC
1111 Third Avenue, Suite 34000
Seattle, WA 98101-3299
Telephone: (206) 447-4400
Facsimile: 206-749-1939
Email: Filet@foster.com
dialn@foster.com
 Counsel for Defendant CTX Mortgage Corporation

CORPORATE DISCLOSURE STATEMENT OF CTX MORTGAGE CORPORATION - 3
Case No. 2:12-cv-01474

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51243251.1