Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD J. ZALAC,<br><br>                              Plaintiff,<br><br>     v.<br><br>CTX MORTGAGE CORPORATION, a Delaware Corporation; THE FEDERAL NATIONAL MORTGAGE ASSOCIATION, a United States Government Sponsored Enterprise; JPMORGAN CHASE, a National Association, d/b/a CHASE HOME FINANCE, LLC., NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE DEFENDANTS 1-10, Defendants,<br><br>                              Defendants. | No. 2:12-cv-01474<br><br>DEFENDANT CTX MORTGAGE COMPANY, LLC'S REPLY IN SUPPORT OF UNOPPOSED MOTION TO DISMISS<br><br>NOTE ON MOTION CALENDAR:<br><br>**Friday, October 12, 2012** |

Defendant CTX Mortgage Company, LLC ("CTX") filed a motion to dismiss on September 20, 2012 (Docket No. 9). As explained in the motion, CTX should be dismissed under Fed. R. Civ. P. 12(b)(6) because the Amended Complaint failed to allege any conduct on the part of CTX to support the three causes of action. Moreover, CTX has not had an interest in the loan or the property since August 2005, and any claim against CTX is time barred by the applicable statutes of limitation.

DEFENDANT CTX MORTGAGE COMPANY, LLC'S REPLY IN SUPPORT OF UNOPPOSED MOTION TO DISMISS - 1
**Case No. 2:12-cv-01474**

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51250275.1

Because of the Columbus Day holiday, Plaintiff's opposition brief was due Tuesday, October 9, 2012.  *See* Fed. R. Civ. P. 6(a)(1) and 6(a)(3)(A); CR 7(d)(3).  Plaintiff did not oppose the motion.  Plaintiff's failure to oppose CTX's motion "may be considered by the court as an admission that the motion has merit."  CR 7(b)(2).

For the reasons set forth in CTX's motion to dismiss, which Plaintiff did not oppose, the Court should dismiss CTX from this case, with prejudice and without leave to amend.

Dated this 12th day of October, 2012.

        FOSTER PEPPER PLLC

        /s/ Neil A. Dial
        Tim J. Filer, WSBA #16285
        Neil A. Dial, WSBA #29599
        1111 Third Ave., Ste. 3400
        Seattle, WA  98101
        Phone: 206-447-4400
        Fax: 206-447-9700
        filet@foster.com
        dialn@foster.com
        Counsel for Defendant
        CTX Mortgage Company, LLC

DEFENDANT CTX MORTGAGE COMPANY, LLC'S REPLY IN SUPPORT OF UNOPPOSED MOTION TO DISMISS - 2
Case No. 2:12-cv-01474

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON  98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51250275.1

# CERTIFICATE OF SERVICE

As one of the attorneys of record for CTX Mortgage Company, LLC, I hereby certify that I electronically filed with the Clerk of the Court the foregoing pleading or document, and that the following parties or their counsel of record are registered as ECF Filers and will be served by the CM/ECF system as of today's date:

Richard Llewelyn Jones - rlj@richardjoneslaw.com
William Rasmussen - billrasmussen@dwt.com
Matt Sullivan - matthewsullivan@dwt.com
Heidi E. Buck - hbuck@rcolegal.com

DATED this 12th day of October, 2012 at Seattle, Washington.

/s/ Neil A. Dial
Tim J. Filer, WSBA No. 16285
Neil A. Dial, WSBA No. 29599
Foster Pepper PLLC
1111 Third Avenue, Suite 34000
Seattle, WA 98101-3299
Telephone: (206) 447-4400
Facsimile: 206-749-1939
Email: Filet@foster.com
Counsel for Defendant
CTX Mortgage Company, LLC

DEFENDANT CTX MORTGAGE COMPANY, LLC'S REPLY IN SUPPORT OF UNOPPOSED MOTION TO DISMISS - 3
Case No. 2:12-cv-01474

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51250275.1