THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WAHSINGTON
AT SEATTLE

RICHARD J. ZALAC,

                     Plaintiff,

v.

CTX MORTGAGE CORPORATION, a
Delaware Corporation; THE FEDERAL
NATIONAL MORTGAGE ASSOCIATION,
a United States Government Sponsored
Enterprise ; JPMORGAN CHASE, a National
Association, d/b/a CHASE HOME
FINANCE, LLC., NORTHWEST TRUSTEE
SERVICES, INC., a Washington Corporation,
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., a
Delaware Corporation, and DOE
DEFENDANTS 1-10,

                     Defendants.

NO. 2:12-CV-01474

ORDER ON MOTION TO DISMISS

*(Clerk's Action Required)*

**THIS MATTER,** having come on regularly before the undersigned Court on the Motion

of Defendant, CTX MORTGAGE CORPORATION, a Delaware Corporation, the Court having

considered the records and files herein and being otherwise duly advised in the premises, now,

therefore:

ORDER ON MOTION TO DISMISS
Page 1

KOVAC & JONES PLLC
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

1     **IT IS ORDERED, ADJUDGED AND DECREED,** that Plaintiff's claims against

2   Defendant, CTX MORTGAGE CORPORATION, a Delaware Corporation, are dismissed

3   without prejudice.

4     **DATED** this _____ day of October, 2012.

5

6                                   _____

7                                   MARSHA J. PECHMAN, Judge

8

9   **KOVAC & JONES, PLLC.**

10

11

12   Richard Llewelyn Jones

13   WSBA No. 12904
     Attorney for Plaintiff.

14

15

16

17

18

19

20

21

22

ORDER ON MOTION TO DISMISS
Page 2

KOVAC & JONES PLLC
ATTORNEY AT LAW
2050 ~ 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322