THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD J. ZALAC,<br><br>                                    Plaintiff,<br><br>v.<br><br>CTX MORTGAGE CORPORATION, a Delaware Corporation; THE FEDERAL NATIONAL MORTGAGE ASSOCIATION, a United States Government Sponsored Enterprise ; JPMORGAN CHASE, a National Association, d/b/a CHASE HOME FINANCE, LLC., NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE DEFENDANTS 1-10,<br><br>                                    Defendants. | NO. 2:12-CV-01474<br><br>AFFIDAVIT OF SERVICE<br><br>*(Clerk's Action Required)* |

AFFIDAVIT OF SERVICE
Page 1

KOVAC & JONES PLLC
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Washington** | **County of King** | **Superior Court** |

Case Number: 12-2-23547-3 KNT    Court Date: 12/2/2013

Plaintiff:
**Richard J. Zaiac**

vs.

Defendant:
**CTX Mortgage Corporation, a Delaware Corporation; et al.**

Received by ALIASS on the 6th day of August, 2012 at 11:12 am to be served on **Mortgage Electronic Registration Systems, Inc., 1818 Library Street, Suite 300, Reston, VA 20190**

I, Anthony J. Stefano, being duly sworn, depose and say that on the **8th day of August, 2012** at **10:00 am**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS; COMPLAINT WITH EXHIBITS; ORDER SETTING CIVIL CASE SCHEDULE; SUMMONS ON AMENDED COMPLAINT and FIRST AMENDED COMPLAINT** to: **Richard Anderson** as **Counsel** for Mortgage Electronic Registration Systems, Inc. at the address of: **1818 Library Street, Suite 300, Reston, VA 20190** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 40s,  Sex: M,  Race/Skin Color: Black,  Height: 6'4",  Weight: 180,  Hair: Black,  Glasses: N

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

_____
Anthony J. Stefano
Process Server

Subscribed and Sworn to before me on the 8th day of August, 2012 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

My Commission Expires:

Notary Registration Number:

ALIASS
D.C.J.S. #11-3710
10387 Main Street, Suite 202
Fairfax, VA 22030
(703) 383-3007
Our Job Serial Number: FFA-2012003899

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h

# CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury and the laws of the State of Washington that on October 24, 2012, I caused a copy of the **AFFIDAVIT OF SERVICE - MERS** to be served to the following parties and in the manners indicated:

| | | |
|---|---|---|
| Heidi E. Buck, WSBA No. 41769<br>ROUTH CRABTREE OLSEN PS<br>13555 S.E. 36th St, Suite 300<br>Bellevue, WA 98006<br>Tel. 425 213 5534<br>Fax 425 283 5968<br>    Attorneys for Northwest Trustee Services, Inc. | (X)<br>(X) | CM/ECF<br>First Class Mail |
| William Rasmussen WSBA No. 20029<br>Matt Sullivan WSBA No. 40873<br>DAVIS WRIGHT TREMAINE LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel 206 622 3150<br>    Attorneys for Defendants JPMorgan Chase; Mortgage Electronic Registration Systems, Inc. and the Federal National Mortgage Association | (X)<br>(X) | CM/ECF<br>First Class Mail |
| Tim J. Filer, WSBA No. 16285<br>Neil A. Dial, WSBA No. 29599<br>FOSTER PEPPER PLLC<br>1111 Third Avenue, Suite 3400<br>Seattle, WA Suite 3400<br>Tel. 206.447.4400<br>Fax 206 447 9700<br>    Attorneys for Defendant CTX Mortgage Corporation | (X)<br>(X) | CM/ECF<br>First Class Mail |

Dated this 24th day of October, 2012.

_____
Dan L. Williams, Paralegal

AFFIDAVIT OF SERVICE
Page 3

KOVAC & JONES PLLC
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322