THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD J. ZALAC,<br><br>              Plaintiff,<br>v.<br><br>CTX MORTGAGE CORPORATION, a Delaware Corporation; THE FEDERAL NATIONAL MORTGAGE ASSOCIATION, a United States Government Sponsored Enterprise ; JPMORGAN CHASE, a National Association, d/b/a CHASE HOME FINANCE, LLC., NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE DEFENDANTS 1-10,<br><br>              Defendants. | NO. 2:12-CV-01474<br><br>AFFIDAVIT OF SERVICE<br><br>*(Clerk's Action Required)* |

AFFIDAVIT OF SERVICE
Page 1

KOVAC & JONES PLLC
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

# AFFIDAVIT OF SERVICE

**State of Washington**         **County of King**         **Superior Court**

Case Number: 12-2-23547-3 KNT   Court Date: 12/2/2013

Plaintiff:
**Richard J. Zaiac**

vs.

Defendant:
**CTX Mortgage Corporation, a Delaware Corporation; et al.**

Received by ALIASS on the 6th day of August, 2012 at 11:12 am to be served on **Mortgage Electronic Registration Systems, Inc., 1818 Library Street, Suite 300, Reston, VA 20190**

I, Anthony J. Stefano, being duly sworn, depose and say that on the **8th day of August, 2012** at **10:00 am**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS; COMPLAINT WITH EXHIBITS; ORDER SETTING CIVIL CASE SCHEDULE; SUMMONS ON AMENDED COMPLAINT and FIRST AMENDED COMPLAINT** to: **Richard Anderson** as **Counsel** for **Mortgage Electronic Registration Systems, Inc.** at the address of: **1818 Library Street, Suite 300, Reston, VA 20190** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40s, Sex: M, Race/Skin Color: Black, Height: 6'4", Weight: 180, Hair: Black, Glasses: N

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Anthony J. Stefano
Process Server

Subscribed and Sworn to before me on the 8th day of August, 2012 by the affiant who is personally known to me.

NOTARY PUBLIC

My Commission Expires:

Notary Registration Number:

ALIASS
D.C.J.S. #11-3710
10387 Main Street, Suite 202
Fairfax, VA 22030
(703) 383-3007
Our Job Serial Number: FFA-2012003899

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h

**CERTIFICATE OF SERVICE**

I, the undersigned, certify under penalty of perjury and the laws of the State of Washington that on October 24, 2012, I caused a copy of the **AFFIDAVIT OF SERVICE - MERS** to be served to the following parties and in the manners indicated:

Heidi E. Buck, WSBA No. 41769          (X)  CM/ECF
ROUTH CRABTREE OLSEN PS                (X)  First Class Mail
13555 S.E. 36th St, Suite 300
Bellevue, WA 98006
Tel. 425 213 5534
Fax 425 283 5968
   Attorneys for Northwest
Trustee Services, Inc.

William Rasmussen WSBA No. 20029       (X)  CM/ECF
Matt Sullivan WSBA No. 40873           (X)  First Class Mail
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel 206 622 3150
   Attorneys for Defendants JPMorgan Chase; Mortgage Electronic Registration Systems, Inc. and the Federal National Mortgage Association

Tim J. Filer, WSBA No. 16285           (X)  CM/ECF
Neil A. Dial, WSBA No. 29599           (X)  First Class Mail
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3400
Seattle, WA Suite 3400
Tel. 206.447.4400
Fax 206 447 9700
   Attorneys for Defendant CTX Mortgage Corporation

Dated this 24th day of October, 2012.

_____
Dan L. Williams, Paralegal

AFFIDAVIT OF SERVICE
Page 3

KOVAC & JONES PLLC
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322