THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OF SEATTLE

| | |
|---|---|
| RICHARD J. ZALAC,<br><br>                             Plaintiff,<br><br>v.<br><br>CTX MORTGAGE CORPORATION, a Delaware Corporation; THE FEDERAL NATIONAL MORTGAGE ASSOCIATION, a United States Government Sponsored Enterprise ; JPMORGAN CHASE, a National Association, d/b/a CHASE HOME FINANCE, LLC., NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE DEFENDANTS 1-10,<br><br>                             Defendants. | NO. C12-1474 MJP<br><br>**MOTION TO FILE OVER LENGTH BRIEF** |

**COMES NOW** the Plaintiff, by and through their attorneys of record, KOVAC & JONES, PLLC and, pursuant to *CR 7(f)* request the Court permit consideration of Plaintiff's Response to Defendants' Motion to Dismiss. Plaintiff's Response consists of 25 pages, 1 more than is permitted under *CR 7(e)(3)*. The extended briefing is necessitated by the novelty,

MOTION TO FILE OVER LENGTH BRIEF
Page 1

KOVAC & JONES, PLLC
ATTORNEYS AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

number and complexity of the issues presented in Defendants' Motion to Dismiss.  No party will be prejudiced by this request.

**RESPECTFULLY SUBMITTED** this _29th_ day of November, 2012.

KOVAC & JONES, PLLC.

Richard Llewelyn Jones, WSBA No. 12904
Attorney for Plaintiff

KOVAC & JONES, PLLC
ATTORNEYS AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

DECLARATION OF SERVICE

The undersigned makes the following declaration:

1.      I am now and have been at all times mentioned herein a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to this action and I am competent to testify herein.

2.      That on November _29th_, 2012, I caused a copy of Motion to File Over Length Brief to be served to the following in the manner indicated:

| William K. Rasmussen, WSBA No. 20029<br>Matthew Sullivan, WSBA No. 40873<br>DAVIS WRIGHT TREMAINE LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>(206) 757-8125<br>Attorneys for JPMorgan Chase, Mortgage<br>Electric Registration System, Inc., and the<br>Federal National Mortgage Association | _____<br>_____<br>_____<br>_____<br>X | Facsimile<br>Messenger<br>U.S. 1st Class Mail<br>Overnight Courier<br>Electronically |
|---|---|---|
| Heidi Buck Morrison, WSBA No. 41769<br>ROUTH CRABTREE OLSEN, P.S.<br>13555 SE 36th St., Ste 300<br>Bellevue, WA 98006<br>(425)458-2121<br>Attorney for Northwest Trustee services, Inc. | _____<br>_____<br>_____<br>_____<br>X | Facsimile<br>Messenger<br>U.S. 1st Class Mail<br>Overnight Courier<br>Electronically |

DATED this _29th_ day of November, 2012.

Marie Kamerer
Legal Assistant

MOTION TO FILE OVER LENGTH BRIEF
Page 3

KOVAC & JONES, PLLC
ATTORNEYS AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322