THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OF SEATTLE

| | |
|---|---|
| RICHARD J. ZALAC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CTX MORTGAGE CORPORATION, a Delaware Corporation; THE FEDERAL NATIONAL MORTGAGE ASSOCIATION, a United States Government Sponsored Enterprise ; JPMORGAN CHASE, a National Association, d/b/a CHASE HOME FINANCE, LLC., NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE DEFENDANTS 1-10,<br><br>　　　　　　　　　　Defendants. | NO. C12-1474 MJP<br><br>DECLARATION OF PLAINTIFF |

**RICHARD J. ZALAC**, hereby declares as follows:

　　1.　　I am the Plaintiff named hereinabove. I have personal and testimonial knowledge of the facts set forth below and am competent to be a witness herein.

　　2.　　In response to a complaint I filed with the Washington State Attorney General, Mr. Sakae S. Sakai, on behalf of Defendant, NORTHWEST TRUSTEE SERVICES, INC., a

DECLARATION OF RICHARD ZALAC
Page 1

KOVAC & JONES, PLLC
ATTORNEYS AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

2. In response to a complaint I filed with the Washington State Attorney General, Mr. Sakae S. Sakai, on behalf of Defendant, NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation, sent a letter to the Jim McAdams on or about January 12, 2012. A true and correct copy of said letter is attached hereto and incorporated herein by this reference as *Exhibit "1"*.

3. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 29th day of November, 2012, at Enumclaw, Washington.

Richard J. Zalac

DECLARATION OF RICHARD ZALAC
Page 2

KOVAC & JONES, PLLC
ATTORNEYS AT LAW
3050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

## DECLARATION OF SERVICE

The undersigned makes the following declaration:

1. I am now and have been at all times mentioned herein a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to this action and I am competent to testify herein.

2. That on November 29th, 2012, I caused a copy of Declaration of Richard Zalac to be served to the following in the manner indicated:

| | | |
|---|---|---|
| William K. Rasmussen, WSBA No. 20029<br>Matthew Sullivan, WSBA No. 40873<br>DAVIS WRIGHT TREMAINE LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>(206) 757-8125<br>Attorneys for JPMorgan Chase, Mortgage Electric Registration System, Inc., and the Federal National Mortgage Association | _____<br>_____<br>_____<br>_____<br>  X  | Facsimile<br>Messenger<br>U.S. 1st Class Mail<br>Overnight Courier<br>Electronically |
| Heidi Buck Morrison, WSBA No. 41769<br>ROUTH CRABTREE OLSEN, P.S.<br>13555 SE 36th St., Ste 300<br>Bellevue, WA 98006<br>(425)458-2121<br>Attorney for Northwest Trustee services, Inc. | _____<br>_____<br>_____<br>_____<br>  X  | Facsimile<br>Messenger<br>U.S. 1st Class Mail<br>Overnight Courier<br>Electronically |

DATED this 29th day of November, 2012.

_/s/ Marie Kamerer_
Marie Kamerer
Legal Assistant

DECLARATION OF RICHARD ZALAC
Page 3

KOVAC & JONES, PLLC
ATTORNEYS AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322