THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OF SEATTLE

| | |
|---|---|
| RICHARD J. ZALAC,<br><br>         Plaintiff,<br><br>v.<br><br>CTX MORTGAGE CORPORATION, a Delaware Corporation; THE FEDERAL NATIONAL MORTGAGE ASSOCIATION, a United States Government Sponsored Enterprise ; JPMORGAN CHASE, a National Association, d/b/a CHASE HOME FINANCE, LLC., NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE DEFENDANTS 1-10,<br><br>         Defendants. | NO. C12-1474 MJP<br><br>REQUEST FOR JUDICIAL NOTICE |

  **COMES NOW** the Plaintiff, RICHARD J. ZALAC, by and through his attorneys, KOVAC & JONES, PLLC, and pursuant to *Federal Rules of Evidence 201(b)*, hereby requests the Court take judicial notice of the following documents:

  1.  Transcript of the Digitally Recorded Proceedings before the Honorable Karen A. Overstreet, dated September 28, 2012, in the matter of *Meyer v. U.S. Bank National Association,*

REQUEST FOR JUDICIAL NOTICE
Page 1

KOVAC & JONES, PLLC
ATTORNEYS AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

1  *et al.*, the U.S. Bankruptcy Court Western District of Washington Case No.10-23914, attached
2  here and incorporated herein by this reference as *Exhibit "A"*.

3  Pursuant to *Federal Rules of Evidence 201(b)*, "A judicially noticed fact must be one not
4  subject to reasonable dispute in that it is either (1) generally known within the territorial
5  jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to
6  sources whose accuracy cannot reasonably be questioned." Through this pleading, Plaintiff does
7  hereby request the Court take judicial notice of the attached documents.

   DATED this ___29th___ day of November, 2012.

   KOVAC & JONES, PLLC

   _____
   Richard Llewelyn Jones, WSBA# 12904
   Attorney for Plaintiff

REQUEST FOR JUDICIAL NOTICE
Page 2

KOVAC & JONES, PLLC
ATTORNEYS AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

DECLARATION OF SERVICE

The undersigned makes the following declaration:

1. I am now and have been at all times mentioned herein a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to this action and I am competent to testify herein.

2. That on November 29th, 2012, I caused a copy of Request for Judicial Notice to be served to the following in the manner indicated:

| | | |
|---|---|---|
| William K. Rasmussen, WSBA No. 20029<br>Matthew Sullivan, WSBA No. 40873<br>DAVIS WRIGHT TREMAINE LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>(206) 757-8125<br>Attorneys for JPMorgan Chase, Mortgage Electric Registration System, Inc., and the Federal National Mortgage Association | _____<br>_____<br>_____<br>_____<br>__X__ | Facsimile<br>Messenger<br>U.S. 1st Class Mail<br>Overnight Courier<br>Electronically |
| Heidi Buck Morrison, WSBA No. 41769<br>ROUTH CRABTREE OLSEN, P.S.<br>13555 SE 36th St., Ste 300<br>Bellevue, WA 98006<br>(425)458-2121<br>Attorney for Northwest Trustee services, Inc. | _____<br>_____<br>_____<br>_____<br>__X__ | Facsimile<br>Messenger<br>U.S. 1st Class Mail<br>Overnight Courier<br>Electronically |

DATED this 29th day of November, 2012.

Marie Kamerer
Legal Assistant

REQUEST FOR JUDICIAL NOTICE
Page 3

KOVAC & JONES, PLLC
ATTORNEYS AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322