UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD J. ZALAC,<br><br>            Plaintiff,<br><br>   v.<br><br>CTX MORTGAGE CORPORATION, et. al.<br><br>            Defendants. | CASE NO. C12-1474 MJP<br><br>ORDER GRANTING MOTION TO FILE OVER-LENGTH BRIEF |

This matter comes before the Court on Plaintiff Richard Zalac's motion to file an over-length brief. Having reviewed the motion and all related papers, the Court GRANTS the motion.

The clerk is ordered to provide copies of this order to all counsel.

Dated this <u>3rd</u> day of December, 2012.

                          Marsha J. Pechman
                          Chief United States District Judge