THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WAHSINGTON
## AT SEATTLE

| | |
|---|---|
| RICHARD J. ZALAC,<br><br>                               Plaintiff,<br>v.<br><br>CTX MORTGAGE CORPORATION, a Delaware Corporation; THE FEDERAL NATIONAL MORTGAGE ASSOCIATION, a United States Government Sponsored Enterprise ; JPMORGAN CHASE, a National Association, d/b/a CHASE HOME FINANCE, LLC., NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE DEFENDANTS 1-10,<br><br>                              Defendants. | NO. 2:12-CV-01474<br><br>NOTICE OF UNAVAILABILITY<br><br>*(Clerk's Action Required)* |

TO:        CLERK OF THE COURT
AND TO:  ALL PARTIES AND THEIR COUNSEL

      Please be advised that the undersigned Attorney for Plaintiff will be absent from his office from **January 1, 2013 through January 21, 2013.** The undersigned has no attorneys to handle this matter in his absence, and requests that no motions, hearings or other matters be

NOTICE OF UNAVAILABILITY
Page 1

KOVAC & JONES PLLC
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

scheduled during this time. Fees and costs will be requested against any party who brings such action during the time in my absence.

DATED this 3rd day of December, 2012.

KOVAC & JONES, PLLC

_____
Richard Llewelyn Jones, WSBA# 12904

NOTICE OF UNAVAILABILITY
Page 2

KOVAC & JONES PLLC
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

# CERTIFICATE OF MAILING

I hereby declare under penalty of perjury of the laws of the State of Washington that on this 3rd day of December, 2012, I caused to be delivered a copy of the foregoing **PLAINTIFF'S NOTICE OF UNAVAILABILITY** to the following in the manner indicated:

| | |
|---|---|
| William K. Rasmussen, WSBA No. 20029<br>Matthew Sullivan, WSBA No. 40873<br>DAVIS WRIGHT TREMAINE LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>(206) 757-8125<br>Attorneys for JPMorgan Chase, Mortgage Electric Registration System, Inc., and the Federal National Mortgage Association | [ ] By United States Mail<br>[ ] By Legal Messenger/Processor<br>[X] By ECF<br>[ ] By Facsimile |
| Heidi Buck Morrison, WSBA No. 41769<br>ROUTH CRABTREE OLSEN, P.S.<br>13555 SE 36th St., Ste 300<br>Bellevue, WA 98006<br>(425)458-2121<br>Attorney for Northwest Trustee services, Inc. | [ ] By United States Mail<br>[ ] By Legal Messenger/Processor<br>[X] By ECF<br>[ ] By Facsimile |

Signed this 3rd day of December 2012 at Bellevue, Washington.

_Susan L. Rodriguez_
Susan L. Rodriguez

NOTICE OF UNAVAILABILITY
Page 3

KOVAC & JONES PLLC
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322