**EXHIBIT 2**

Richard Llewelyn Jones, WSBA No. 12904
Kovac & Jones, PLLC
2050 – 112th Ave., N.E., Suite 230
Bellevue, WA 98004
425.462.7322
rlj@richardjoneslaw.com

THE HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD J. ZALAC,<br><br>         Plaintiff,<br><br>v.<br><br>CTX MORTGAGE CORPORATION, a Delaware Corporation; *et al*.<br><br>         Defendants. | NO. 2:12-cv-01474 MJP<br><br>**ORDER ON MOTION FOR RECONSIDERATION** |

**TO:** THE HONORABLE MARSHA J. PECHMAN, U.S. District Court Judge; and
**TO:** ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**THIS MATTER,** having come on regularly for hearing before the undersigned Judge of the above-entitled Court upon presentation of Plaintiff's Motion for Reconsideration; the Court having considered said Motion, in support thereof, the pleadings filed in opposition to said Motion, if any, and the Court being otherwise duly advised in the premises, now, therefore:

ORDER ON PLAINTIFF'S MOTION
RECONSIDERATION - Page 1

KOVAC & JONES, PLLC.
ATTORNEYS AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

1  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion for Reconsideration is hereby granted; that the Court's Order and Judgment Dismissing Plaintiff's Claims under *CR 12(b)(6)* is hereby vacated; and that Defendants' Motion to Dismiss Under *CR 12(b)(6)* is hereby denied.

**DATED** this _____ day of _____, 2013.

_____
MARSHA J. PECHMAN
United States District Judge

**END OF ORDER**

*Presented by:*

**KOVAC & JONES, PLLC**

/s/ Richard Llewelyn Jones
Richard Llewelyn Jones, WSBA # 12904
Attorney for Plaintiff

ORDER ON PLAINTIFF'S MOTION
RECONSIDERATION - Page 2

KOVAC & JONES, PLLC.
ATTORNEYS AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322