THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OF SEATTLE

| | |
|---|---|
| RICHARD J. ZALAC,<br><br>Plaintiff,<br><br>v.<br><br>CTX MORTGAGE CORPORATION, a Delaware Corporation; THE FEDERAL NATIONAL MORTGAGE ASSOCIATION, a United States Government Sponsored Enterprise ; JPMORGAN CHASE, a National Association, d/b/a CHASE HOME FINANCE, LLC., NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, and DOE DEFENDANTS 1-10,<br><br>Defendants. | NO. C12-1474 MJP<br><br>REQUEST FOR JUDICIAL NOTICE |

**COMES NOW** the Plaintiff, RICHARD J. ZALAC, by and through his attorneys, KOVAC & JONES, PLLC, and pursuant to *Federal Rules of Evidence 201(b)*, hereby requests the Court take judicial notice of the following documents:

1. Judge Robert Lasnik's Order Regarding Cross-Motions for Summary Judgment of March 7, 2013, in the matter of *McDonald v. OneWest Bank*, FSB, U.S. District Court Case

REQUEST FOR JUDICIAL NOTICE
Page 1

KOVAC & JONES, PLLC
ATTORNEYS AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

No. C10-1952RSL, (addressing many of the same issues and parties involved in the above-captioned matter and denying, in part, the lender's Motions for Summary Judgment), attached here and incorporated herein by this reference as *Exhibit "A"*.

Pursuant to *Federal Rules of Evidence 201(b)*, "A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Through this pleading, Plaintiff does hereby request the Court take judicial notice of the attached documents.

**DATED** this 10th day of March, 2013.

KOVAC & JONES, PLLC.

_____
Richard Llewelyn Jones, WSBA# 12904
Attorney for Plaintiff

REQUEST FOR JUDICIAL NOTICE
Page 2

KOVAC & JONES, PLLC
ATTORNEYS AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

## DECLARATION OF SERVICE

The undersigned makes the following declaration:

1. I am now and have been at all times mentioned herein a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to this action and I am competent to testify herein.

2. That on March 11, 2013, I caused a copy of Request for Judicial Notice to be served to the following in the manner indicated:

| | | |
|---|---|---|
| William K. Rasmussen, WSBA No. 20029<br>Matthew Sullivan, WSBA No. 40873<br>DAVIS WRIGHT TREMAINE LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>(206) 757-8125<br>Attorneys for JPMorgan Chase, Mortgage Electric Registration System, Inc., and the Federal National Mortgage Association | _____<br>_____<br>_____<br>_____<br>__X__ | Facsimile<br>Messenger<br>U.S. 1st Class Mail<br>Overnight Courier<br>Electronically |
| Heidi Buck Morrison, WSBA No. 41769<br>ROUTH CRABTREE OLSEN, P.S.<br>13555 SE 36th St., Ste 300<br>Bellevue, WA 98006<br>(425)458-2121<br>Attorney for Northwest Trustee services, Inc. | _____<br>_____<br>_____<br>_____<br>__X__ | Facsimile<br>Messenger<br>U.S. 1st Class Mail<br>Overnight Courier<br>Electronically |

DATED this 11th day of March, 2013.

_Susan J. Rodrigue_
Legal Assistant

REQUEST FOR JUDICIAL NOTICE
Page 3

KOVAC & JONES, PLLC
ATTORNEYS AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322